**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02711-CMA-MEH

IN RE THE APPLICATION OF:
JAVIER ORTEGA PONCE,

    Petitioner,

v.

S. BRENDA SANCHEZ,

    Respondent;

and concerning

THE MINOR CHILD JOSE ANTONIO ORTEGA SANCHEZ,
   DOB 7/21/04.

---

**ORDER REGARDING APPLICATION FOR RETURN OF
THE MINOR CHILDREN TO PETITIONER**

---

This matter is before the Court on Petitioner's Application for Return of the Minor Children to Petitioner (Doc. # 1). The Court, having fully reviewed the file in this matter, including the Declaration of Petitioner (Doc. # 2) and the Affidavit/Return of Service (Doc. # 3) verifying proper notification to Respondent S. Brenda Sanchez, hereby

ORDERS that counsel for the parties, or the parties, are DIRECTED to call Chambers (303-335-2174) via conference call no later than <u>noon, November 2, 2011</u> in order to schedule a hearing on the Petition.

DATED: October <u> 27 </u>, 2011

BY THE COURT:

_/s/ Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge