**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02711-CMA-MEH

IN RE THE APPLICATION OF:
JAVIER ORTEGA PONCE,

      Petitioner,

v.

S. BRENDA SANCHEZ,

      Respondent;

and concerning

THE MINOR CHILD JOSE ANTONIO ORTEGA SANCHEZ,
    DOB 7/21/04.

---

## ORDER GRANTING PETITION FOR RETURN OF MINOR CHILD

---

This matter is before the Court on Petitioner Javier Ortega Ponce's

"Application for Return of the Minor Children to Petitioner" (the "Petition"), filed on

October 18, 2011.  (Doc. # 1.)  The Petition is brought pursuant to the

International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. §§ 11601-

11610 (2007) and the Hague Convention on the Civil Aspects of International

Child Abduction, 1998 WL 411501, T.I.A.S. No. 11,670.  Petitioner seeks an

order requiring Respondent, Brenda Margarita Sanchez, to return their seven

and a half year old son, Jose Antonio Ortega Sanchez (DOB July 21, 2004), to Mexico.

For the reasons stated on the record, it is ORDERED that the Petition (Doc. # 1) is GRANTED.  Because Petitioner indicates that he is scheduled to return to Mexico on Friday, December 9, 2011, the Court directs Respondent or any other person having actual control of him, to surrender custody of **Jose Antonio Ortega Sanchez** to Petitioner Javier Ortega Ponce no later than 5:00 p.m. on December 8, 2011.  Counsel for Respondent shall coordinate arrangements with counsel for Petitioner.  **Jose Antonio Ortega Sanchez** shall be returned to Mexico at Petitioner's expense.

Although this Court is ordering that Jose must be returned the custody of Petitioner and returned to Mexico, the Court emphasizes that this determination does not in any way address the merits of which parent should maintain custody of Jose. Respondent may accompany Petitioner and Jose Antonio Ortega Sanchez to Mexico if she so chooses.  The issue of custody will be for the Mexican courts to decide.

Counsel for Respondent shall file notice with the court confirming that Respondent has complied with this Order.  The parties are warned that failure to comply with this Order shall constitute contempt of court and may result in a fine or imprisonment.

Finally, ICARA provides for the payment of attorneys' fees and costs.  42 U.S.C. § 11607(b)(3).  Thus, Petitioner is ORDERED to file any motion for reasonable attorneys' fees and costs one week from the date of this Order.  Respondent shall

2

have one week thereafter to oppose said motion by showing that "such order would

be clearly inappropriate."

     DATED:  December  08 , 2011

                                        BY THE COURT:

                                        _____

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge