**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02711-CMA-MEH

IN RE THE APPLICATION OF:
JAVIER ORTEGA PONCE,

      Petitioner,

v.

S. BRENDA SANCHEZ,

      Respondent;

and concerning

THE MINOR CHILD JOSE ANTONIO ORTEGA SANCHEZ,
   DOB 7/21/04.

## ORDER GRANTING PETITIONER'S MOTION FOR ATTORNEY FEES AND COSTS

This matter is before the Court on Petitioner's "Motion for Attorney Fees and Costs," filed on December 9, 2011. (Doc. # 22.) On December 8, 2011, the Court granted Petitioner's "Application for Return of the Minor Children to Petitioner" and ordered Respondent to return the minor child to Mexico. (Doc. # 19.) The Petition was brought pursuant to the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. §§ 11601-11610 (2007) and the Hague Convention on the Civil Aspects of International Child Abduction, 1998 WL 411501, T.I.A.S. No. 11,670.

42 U.S.C. § 11607(b)(3) provides that "[a]ny court ordering the return of a child brought under section 11603 . . . shall order the respondent to pay necessary expenses incurred by or on behalf of the petitioner, . . . unless the respondent establishes that such order would be clearly inappropriate."  Despite being advised by the Court that she had one week to respond to any request for attorneys' fees and costs, Respondent has not responded to the instant motion, and so Respondent has failed to establish that granting such relief would be clearly inappropriate.

Petitioner's counsel indicates that he represented Petitioner *pro bono*, and so Petitioner is not requesting an award of attorneys' fees.  However, Petitioner incurred several costs during the pendency of this case, including a filing fee for the Petition, fees for service of documents on Respondent, and fees for interpreters and translation services.  In total, Petitioner asserts that he incurred $1,640.16 in costs.  The Court finds that these requested costs are reasonable.

Accordingly, IT IS ORDERED THAT Petitioner's "Motion for Attorney Fees and Costs" (Doc. # 22) is GRANTED.  Respondent is ORDERED to pay to Petitioner $1,640.16 in costs pursuant to 42 U.S.C. § 11607(b)(3).

DATED:  December 28, 2011

BY THE COURT:

CHRISTINE M. ARGUELLO  
United States District Judge